ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. MR. Omar Ocasio ID# 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
2. MR. Van Brooks ID# 825-14-00877

PROSE Plaintiff's

[Insert full name of plaintiff/prisoner]

CV 16 1336

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓  NO___

VITALIANO, J.

-against-

Ms. Becky Scott Warden, S. Bastian Deputy Warden of Security, V. Bailey Deputy (Warden) of Programs, D. Frazier Deputy Warden of Administration, Deputy Warden of Visiting Ms. Peoples She is a Tour Commander as well, Inmate Grievance Cord. Mr. Brown

Defendant(s).

BLOOM, M.J.

RECEIVED
MAR 14 2016
PRO SE OFFICE

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff MR. Omar Ocasio ID# 349-16-01145, MR. Van Brooks 825-14-00877,

If you are incarcerated, provide the name of the facility and address:

Brooklyn Detention Center, 275 Atlantic Avenue, Brooklyn, New York, 11201, Both Plaintiffs, Omar Ocasio my venue will change, I will make the court aware as to where and when.

Prisoner ID Number: MR. Omar Ocasio 349-16-01145, MR. Van Brooks 825-14-00877

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Ms. BECKY SCOTT
**Full Name**

WARDEN
**Job Title**

BROOKLYN DETENTION CENTER, 275 ATLANTIC AVE. BROOKLYN, NEW YORK, 11201
**Address**

Defendant No. "2"

Excuse must keep # — "2"
(Ms. BECKY SCOTT (WARDEN)) S. BASTIAN
**Full Name**

DEPUTY WARDEN OF SECURITY,
**Job Title**

BROOKLYN DETENTION CENTER, 275 ATLANTIC AVE. BROOKLYN, NEW YORK, 11201
**Address**

Defendant No. 3

U. BAILEY
**Full Name**

DEPUTY WARDEN OF PROGRAMS,
**Job Title**

BROOKLYN DETENTION CENTER, 275 ATLANTIC

2

AVE., BROOKLYN, NEWYORK, 11201
**Address**

**Defendant No. 4**

D. FRAZIER
**Full Name**

DEPUTY WARDEN OF ADMINISTRATION
**Job Title**

BROOKLYN DETENTION CENTER, 275 ATLANTIC AVE., BROOKLYN, NEWYORK, 11201
**Address**

**Defendant No. 5**

MS. ( ) PEOPLE
**Full Name**

DEPUTY WARDEN OF VISITING, SHE IS A TOUR COMMANDER
**Job Title** ASWELL.

BROOKLYN DETENTION CENTER, 275 ATLANTIC AVE., BROOKLYN, NEWYORK, 11201
**Address**

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? BROOKLYN DETENTION CENTER, IS A "MAZE" OR "CASTLE" OF INTERNAL AND SEXUAL CORRUPTION, LIVING CONDITIONS HERE ARE

When did the events happen? (include approximate time and date) "ANIMALISTIC" "THE BROOKLYN HOUSE" HAS A CLEAR HISTORY OF WHAT PLAINTIFFS HAVE JUST RELATED ON RECORD, FROM THAT HISTORY TO NOW IT'S CAUSED AND CAUSING PLAINTIFF PAIN AND SUFFERING.

3

**Facts: (what happened?)** PLAINTIFF BROOKS AS of 2-12-2016 HAD BEEN PHYSICALLY ASSAULTED BY CORR. STAFFING AFTER A VISIT WITH FAMILY, HAD (WAS SET UP) BY A C.O. GOODE #2713, AND OFFICER CHERON 1448, ALONG WITH OFFICER DAVIES #7459 COMMENCED ON "KNOCKING PLAINTIFF MR. BROOKS OUT", MR.! I BROWN Defendant #6 HAS NOTED NOTHING UNDER REGULATION, AS THE ENTIRE SUPERVISING STAFF of BOTH MEDICAL AND MENTAL HEALTH STAFFING, PLAINTIFF BROOKS HAS NOT EVEN RECIEVED DOCUMENTATION of HIS MEDICAL INJURIES, MEDICAL STAFF HAS STATED PLAINTIFF BROOKS SUFFERED A "CONTUSION", AS TO WHERE DOCUMENTATION HAS NOT BEEN GIVEN BY ANY AND ALL DEFENDANTS RELATED IN THIS COMPLAINT, PLAINTIFF BROOKS HAS HAD HIS VISITS TERMINATED FOR 6 MONTHS, AND IS SUFFERRING SEVERE MENTAL TRAUMA, TO ALL DEF EARS, THE ASSAULT OCCURRED AROUND 4:30 OR SO ON DATE ABOVE RELATED, A HEARING HAS NEVER BEEN GIVEN FOR TERMINATION of PLAINTIFF BROOKS VISITS, PLAINTIFFS AS A WHOLE ARE IN "ANIMALISTIC" INHUMANE LIVING CONDITIONS, "NO" AGAIN "NO" VENTILATION, FUNGESS INFESTED SHOWERS, NO PILLOWS FOR REST, ASBESTOS, LEAD PAINT OR RESIDUE EVERYWHERE, PLAINTIFF OCASIO RECIEVES MEDICATION FOR MENTAL HEALTH DEFFICIENCY'S, THAT HAVE BECOME EVEN MORE TRAUMATIC DUE TO THE "ANIMALISTIC" CONDITIONS of THE "BROOKLYNHOUSE".

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

PLAINTIFFS PRO SE ARE CLAIMING RESPIRATORY, EATING, PHYSICAL INJURY'S, AND SEVERE MENTAL TRAUMA, ABANDONMENT of DUE PROCESS, AND CIVIL RIGHTS ENTIRELY, SHORT BREATH, NO RUNNING HOT WATER IN CELL TO DRINK, SEVERELY UNHYGIENYC CONDITIONS HAVE CAUSED "BLOTCHES" ON SKIN, SEVERE HEAD/MENTAL TRAUMA WITH NO PILLOWS TO REST ON AT NO TIME.

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK,
PLAINTIFFS PRO SE,

1. MR. OMAR OCASIO #349-16-01145
2. MR. VAN BROOKS #825-14-00877

V.

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983
JURY DEMAND
YES ✓   NO

DEFENDANTS, RELATION, IS
COMPLETE, AND ADDED, TO PAGE 3
MEANING PART 2 OF PAGE 3

1. MS. BECKY SCOTT WARDEN
2. S. BASTIAN DEPUTY WARDEN OF SECURITY
3. V. BAILEY DEPUTY WARDEN OF PROGRAMMING
4. D. FRAZIER DEPUTY WARDEN OF ADMINISTRATION
5. MS. ( ) PEOPLE DEPUTY WARDEN OF VISITING, TULE COMM. FIRSTNAME N/A AS WELL
6. MR. ( ) BROWN FIRSTNAME N/A
7. C.O. GOODE #2713
8. C.O. CHERON # 1448, 1448
9. C.O. FREEMAN MAILROOM DELIVERY OFFICER
10. C.O. DAVIS #7459
11. MEDICAL SUPERVISOR OF MED. SERV.
CAPTAINS S.T. THOMAS #N/A
         V.C. ROBERTS #940
         F. ALLEN # N/A
ARE DEFENDANTS
12.
13.
14.
15. HEAD MENTAL HEALTH SUPERVISOR, NAME N/A
16. THE NEW YORK CITY DEPARTMENT OF CORRECTIONS AS A COMPLETE ENTITY,
17. CITY OF NEW YORK,

PLAINTIFFS PRO SE WOULD LIKE TO REQUEST THAT DEFENDANTS NOT FULLY ABLE TO IDENTIFY, BE PLACED WITHIN COMPLAINT AS JOHN OR JANE DOE, UNTIL IDENTITY CERTIFICATION CAN BE ESTABLISHED.
PLEASE NOTE DEFENDANTS 1 THROUGH 15, ARE EMPLOYED AT THE BROOKLYN HOUSE OF DETENTION.

PLAINTIFF BROOKS, FORWARDED WITHIN EXIBITS A "Envelope" THIS Envelope DOES NOT HAS HIS NAME NOR ID# THEY ADDRESS ISN'T OF THIS BUILDING OR DETENTION CENTER THIS Envelope WAS GIVEN TO PLAINTIFF BY DEFENDANT C.O. FREEMAN, THIS ITEM HAS COME FROM A FEDERAL JUDGE, WITH A DECISION INSIDE THIS IS A FEDERAL VIOLATION.

### III. Relief: State what relief you are seeking if you prevail on your complaint.

PLAINTIFFS PROSE WILL NOTE AS RELATED "MUCH OF OUR D.O.C.N.Y.S.S. COMPLETE ADMINISTRATIVE DETAINMENT PROFILE WILL BE NEEDED FOR THE AMENDING OF THIS COMPLAINT PLAINTIFFS "HAVE" REQUESTED, NEVERTHELESS, OF COURSE THE STAGE OF RELIEF WILL BE ADDRESSED PLAINTIFFS ARE REQUESTING, RELIEF OF LEGAL FEES TO BE PAID BY DEFENDANTS, 3.) DECISION IN FAVOR OF PLAINTIFFS, PLAINTIFFS REQUEST 4.5 million IN PUNITIVE DAMAGES, PLAINTIFFS REQUEST OR SEEK 850,000 IN COMPENSATORY DAMAGES PLAINTIFFS SEEK 1,000,000 IN DEFAMATORY RELIEF. PLAINTIFFS ARE SUING EACH DEFENDANT IN THESE INDIVIDUAL AND OFFICIAL CAPACITY.

I declare under penalty of perjury that on MARCH 5, 2016 (date), I delivered this complaint to prison authorities at BROOKLYN DETENTION CENTER (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: MARCH 5, 2016

Signature of Plaintiff: MR. Omar Ocasio #349-16-01145
MR. Van Brooks # 825.14.00877
275 BROOKLYN / 275 ATLANTIC AVE.
BROOKLYN DETENTION CENTER
BROOKLYN, NEW YORK 11201

Name of Prison Facility or Address if not incarcerated: BOTH PLAINTIFFS NAMES AND ADDRESS STATED ABOVE.

Address: 275 Atlantic Ave Brooklyn, New York 11201

Prisoner ID#: MR. Omar Ocasio #349-16-01145
MR. Van Brooks # 825.14.00877

rev. 12/1/2015

5