UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
OMAR OCASIO and VAN BROOKS,

                           Plaintiffs.

               -against-

BECKY SCOTT, Warden, *et al.*,

                          Defendants.
-------------------------------------------------------------- x

MEMORANDUM & ORDER

16-cv-1336 (ENV) (LB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 21 2017 ★
BROOKLYN OFFICE

VITALIANO, D.J.

    On March 14, 2016, *pro se* plaintiffs Omar Ocasio and Van Brooks filed this civil rights action. (ECF Dkt. No. 1.) After Ocasio failed to appear at a court-ordered conference, and also failed to comply with several other court orders, despite being warned that his noncompliance could result in the dismissal of his complaint, Magistrate Judge Lois Bloom issued a report and recommendation, dated February 8, 2017, recommending that Ocasio's complaint be dismissed, pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v). (ECF Dkt. No. 40.)

    With notice given (*see id.*), no party has filed an objection to Magistrate Judge Bloom's report and recommendation, and the time to do so has passed. In accordance with the applicable clear-error standard of review, *see Dafeng Hengwei Textile Co. v. Aceco Indus. & Commercial Corp.*, 54 F. Supp. 3d 279, 283 (E.D.N.Y. 2014), the Court has carefully reviewed the report and recommendation, and finds it to be correct, well-reasoned, and free of any clear error. The Court, therefore, adopts it, in its entirety, as the opinion of the Court.

Conclusion

    In line with the foregoing, Magistrate Judge Bloom's report and recommendation, dated February 8, 2017 (ECF Dkt. No. 40), is adopted, in its entirety, as the opinion of the Court. Ocasio's complaint is, therefore, dismissed, pursuant to Federal Rules of Civil Procedure 16(f)



and 37(b)(2)(A)(v).

The Clerk of Court is directed to terminate Ocasio from this action. The case shall proceed as *Brooks v. Scott, et al.*, under this docket number.

The Clerk of Court is further directed to mail a copy of this Order to Ocasio.

So Ordered.

Dated: Brooklyn, New York
March 17, 2017

/s/ USDJ ERIC N. VITALIANO

ERIC N. VITALIANO
United States District Judge